# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1:13-md-02419** |
| **This Document Relates to:** *Lance Martin, et al. vs. New England Compounding Pharmacy, Inc., et al.* Case No.:  12-cv-12055 | |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

*/s/ Richard A. Dean*
RICHARD A. DEAN (Ohio Bar #0013165)
Tucker Ellis  LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414
Tel:    (216) 592-5000
Fax:    (216) 592-5009
E-mail: richard.dean@tuckerellis.com

*Attorney for Ameridose, LLC*

**CERTIFICATE OF SERVICE**

   This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

               */s/ Richard A. Dean*
               RICHARD A. DEAN (Ohio Bar #0013165)
               Tucker Ellis  LLP
               925 Euclid Avenue, Suite 1150
               Cleveland, Ohio 44115-1414
               Tel: (216) 592-5000
               Fax: (216) 592-5009
               E-mail:richard.dean@tuckerellis.com

               *Attorney for Ameridose, LLC*